MICHAEL S. GARDNER (TEXAS BAR NO. 24002122)
BICKEL & BREWER
1717 Main Street, Suite 4800
Dallas, Texas 75201
Phone: (213) 653-4000
Fax: (214) 653-1015
E-Mail: MZG@bickelbrewer.com

PATRICK E. BREEN (BAR NO. 81579)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: pbreen@allenmatkins.com

**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| TRINITY HOTEL INVESTORS, LLC, HI BOISE LLC, HI CRAIG LLC, CA SANTA FE LLC, CP ENGLEWOOD LLC, HS KENT LLC, CA LYNNWOOD LLC, HI PRICE LLC, MA PUEBLO LLC, CP WILLIAMSBURG LLC, HI RENTON LLC, and HI SAN DIEGO LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SUNSTONE OP PROPERTIES, LLC; SUNSTONE SH HOTELS, LLC; WHP HOTEL OWNER-1, LP; SHP OGDEN LLC and WB SUNSTONE-BOISE, LLC, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No. SACV07-1356 AHS (MLGx) <br><br> ORDER ON NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL WITH PREJUDICE |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

840693.01/LA

NOTICE OF SETTLEMENT AND REQUEST
FOR DISMISSAL WITH PREJUDICE

1  Based upon the Notice of Settlement and Request for Dismissal With
2  Prejudice filed by the parties on October 12, 2009, the Court hereby orders the
3  matter dismissed with prejudice.

4
5  Dated: <u>October 13, 2009</u>     **ALICEMARIE H. STOTLER**
                                       Hon. Alicemarie H. Stotler
6                                      Judge, United States District Court

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28